# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL COMPLAINT |
| v. | : | Mag. No. 21-5017 (LHG) |
| AGUSTIN BETANCORT-GUZMAN | : | |

I, Natasha McSeed, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigrations and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

s/ *Natasha McSeed*

Natasha McSeed
Deportation Officer
Immigration and Customs Enforcement
United States Department of
Homeland Security

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on June 8, 2021,
in the District of New Jersey

_____
Signature of Judicial Officer

HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

On or about March 9, 2021, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

## AGUSTIN BETANCORT-GUZMAN,

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Section 1326(a).

<u>ATTACHMENT B</u>

I, Natasha McSeed, am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other items of evidence. Where statements of others are related herein, they are related in substance and part. Because this criminal complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. The defendant, AGUSTIN BETANCORT-GUZMAN (hereafter "BETANCORT-GUZMAN") is a native and citizen of Mexico and is not a citizen of the United States.

2. On or about May 31, 2019, officers of the Lakewood Township Police Department arrested BETANCORT-GUZMAN and charged him with, among other offenses, second degree possession with intent to distribute a controlled dangerous substance within 500 feet of a public park in violation of N.J.S.A. 2C:35-7.1(a). On or about July 30, 2019, BETANCORT-GUZMAN was indicted in the Superior Court of New Jersey, Ocean County, on this charge and others, which remain pending.

3. On or about October 30, 2019, BETANCORT-GUZMAN was ordered removed from the United States to Mexico by an Immigration Judge.

4. On or about December 10, 2019, BETANCORT-GUZMAN was removed from the United States to Mexico while the above-referenced order of removal was outstanding.

5. Following his removal, BETANCORT-GUZMAN re-entered the United States without permission on an unknown date. On or about March 9, 2021, BETANCORT-GUZMAN was arrested by the Lakewood Township Police Department in connection with his failure to appear at his court dates related to the July 30, 2019 indictment described in paragraph 2, above.

6. A fingerprint analysis revealed that BETANCORT-GUZMAN is the same individual who was removed from the United States to Mexico, as set forth in paragraph 4 above.

7. A review of relevant databases revealed that the Secretary of Homeland Security of the United States did not expressly consent to BETANCORT-GUZMAN reapplying for admission to the United States prior to his reembarkation at a place outside the United States, or his reentry into the United States.